# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Ali Partovi,<br><br>             Plaintiff,<br><br>vs.<br><br>Jessie Q. Tupaz, et al.,<br><br>             Defendants. | Case No. 1:05-cv-00012<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order filed March 25, 2005* on the dates indicated below:

*Office of the United*     *Office of the*
*States Attorney*           *Attorney General*
*9/16/2005*                *9/19/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order filed March 25, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 20, 2005                           /s/ Shirlene A. Ishizu
                                                                       Deputy Clerk