# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Ali Partovi,<br><br>    Plaintiff,<br><br>  vs.<br><br>Jesse Q. Tupaz, et al.,<br><br>    Defendants. | Case No. 1:05-cv-00012<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order re Service of Plaintiff's Second Amended Complaint filed January 17, 2006 and Notice of Entry of Order filed January 18, 2006, on the dates indicated below:

*Office of United States Attorney*   *Office of the Attorney General*
*January 19, 2006*        *January 20, 2006*

The following individual was served by first class mail on January 18, 2006:

 Mr. Ali Partovi  (Including service packet as ordered by the Court)

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order re Service of Plaintiff's Second Amended Complaint filed January 17, 2006 and Notice of Entry of Order filed January 18, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 20, 2006          /s/ Virginia T. Kilgore
                      Deputy Clerk