```
 1  Ali     Partovi
    A       76-282-295
 2  CCA/FCC  Florence
    1100 Bowling Road
 3  P.O. Box     6900
    Florence, AZ 85232
 4
```

**FILED**
DISTRICT COURT OF GUAM

FEB 21 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Ali Partovi, ) | Court of Guam |
| Plaintiff, ) | Case No.     05-00012 |
| ) | District of Arizona |
| vs. ) | Case No. CV 03-1540-PHX-EHC(DKD) |
| ) | |
| Jessie Q. Tupaz, et al., ) | **Motion for leave to Amend** |
| ) | **Complaint Pursuant to Rule 15** |
| Defendant(s). ) | |

Plaintiff Ali Partovi, hereby move the Honorable Court for leave to Amend Complaint. This request is made in Pursuant to Rule 15.

Respectfully Submitted this **10** day of **February** 2006.

By _____
Ali Partovi

Copies of the foregoing mail to:

Clerk, United States District Court
District of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**ORIGINAL**