## DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Ali Partovi,<br><br>        Plaintiff,<br><br>vs.<br><br>Jessie Q. Tupaz, et al.,<br><br>        Defendants. | Case No. 1:05-cv-00012<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Motion for Leave to Amend Complaint Pursuant to Rule 15 filed on February 21, 2006, on the dates indicated below:

| | |
|---|---|
| United States Attorney's Office | Office of the Attorney General |
| February 22, 2006 | February 22, 2006 |

The following individual was served by first class mail on February 23, 2006:

    Ali Partovi

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Motion for Leave to Amend Complaint Pursuant to Rule 15 filed on February 21, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 23, 2006                            /s/ Virginia T. Kilgore
                                                                            Deputy Clerk