Ali          Partovi # 76-282-295
_____
Name and Prisoner/Booking Number

CCA/FCC Florence Corrections Ctr
_____
Place of Confinement

1100 Bowling Road  P.O. Box 6900
_____
Mailing Address

Florence, Arizona          85232
_____
City, State, Zip Code



## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| Ali Partovi, | ) | Court of Guam |
| (Full Name of Plaintiff)    Plaintiff, | ) | Case No.          05-00012 |
| | ) | |
| vs. | ) CASE NO. | Arizona CV 03-1540-PHX-EHC(DKD) |
| | ) | (To be supplied by the Clerk) |
| Jessie Q. Tupaz - Warden F.D.F. Jail Guam, | ) | |
| Franklin - Warden Local A.C.F. Jail Guam, | ) | |

Court of Guam
Case No.          05-00012

CASE NO. Arizona CV 03-1540-PHX-EHC(DKD)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint
■ Third  Amended Complaint

(Full Name of Each Defendant)    Defendant(s).

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a.  ■ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b.  ■ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   c.  ■ Other: (Please specify.) 28 U.S.C. § 1915 A(a). 28 U.S.C. § 1515 A(b)(1),(2) .
               42 U.S.C. § 1997 e(a). 42 U.S.C. § 1789. 28 U.S.C. § 1343 (a)(1)
               28 U.S.C. § 1346, 28 U.S.C. § 1350, 28 U.S.C. § 2672.

2. Name of Plaintiff:(Ali Partovi) _____
   Present mailing address: CCA/FCC Florence Corrections Ctr P.O. Box 6900 Florence, AZ 85232
   **(Failure to notify the Court of your change of address may result in dismissal of this action.)**

   Institution/city where violation occurred: Federal Jail (F.D.F.) Hagatna, Guam 96910
                                              Local Jail (A.C.F.) Mangilao, Guam 96923

98-1983
Revised 6/98

1

**550/555**

3.  Name of first Defendant: _____Jessie Q. Tupaz_____. The first Defendant is employed as:
    ____Warden Federal Prison Guam U.S.A.____ at ____F.D.F. Hagatna Guam 96910____.
    (Position and Title) (Institution)

    The first Defendant is sued in his/her: ■ individual capacity  ■ official capacity (check one or both).
    Explain how the first Defendant was acting under color of law: __Due process violation under the__
    14th, 5th and 6th Amendments.

4.  Name of second Defendant: ____Franklin (Commodore)____. The second Defendant is employed as:
    ____Warden Local Prison Guam U.S.A.____ at ____A.C.F. Jail Mangilo, Guam 96923____.
    (Position and Title) (Institution)

    The second Defendant is sued in his/her: ■ individual capacity  ■ official capacity (check one or both).
    Explain how the second Defendant was acting under color of law: __Due processs violation under__
    14th, 5th and 6th Amendments.

5.  Name of third Defendant: _____. The third Defendant is employed as:
    _____at_____.
    (Position and Title) (Institution)

    The third Defendant is sued in his/her: ☐ individual capacity  ☐ official capacity (check one or both).
    Explain how the third Defendant was acting under color of law: _____

    _____.

6.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____at_____.
    (Position and Title) (Institution)

    The fourth Defendant is sued in his/her: ☐ individual capacity  ☐ official capacity (check one or both).
    Explain how the fourth Defendant was acting under color of law: _____

    _____.

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?          ☐ Yes          ■ No

2.  If your answer is "yes," how many lawsuits have you filed? __∅__. Describe the previous lawsuits in the
    spaces provided below.

3.  First prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____N/A_____.
        Defendants: _____N/A_____

        _____.

2

b.   Court: (If federal court, identify the district; if state court, identify the county.) _____
_____ **N/A** _____
c.   Case or docket number: _____ **N/A** _____
d.   Claims raised: _____ **N/A** _____
_____ **N/A** _____

e.   Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____ **N/A** _____
f.   Approximate date lawsuit was filed: _____ **N/A** _____
g.   Approximate date of disposition: _____ **N/A** _____

4.   Second prior lawsuit:
a.   Parties to previous lawsuit:
     Plaintiff: _____ **N/A** _____
     Defendants: _____ **N/A** _____
     _____ **N/A** _____
b.   Court: (If federal court, identify the district; if state court, identify the county.) _____
     _____ **N/A** _____
c.   Case or docket number: _____ **N/A** _____
d.   Claims raised: _____ **N/A** _____
     _____ **N/A** _____
     _____ **N/A** _____

e.   Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
     _____ **N/A** _____
f.   Approximate date lawsuit was filed: _____ **N/A** _____
g.   Approximate date of disposition: _____ **N/A** _____

5.   Third prior lawsuit:
a.   Parties to previous lawsuit:
     Plaintiff: _____ **N/A** _____
     Defendants: _____ **N/A** _____
     _____ **N/A** _____
b.   Court: (If federal court, identify the district; if state court, identify the county.) _____
     _____ **N/A** _____
c.   Case or docket number: _____ **N/A** _____
d.   Claims raised: _____ **N/A** _____
     _____ **N/A** _____

e.   Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____
     _____ **N/A** _____
f.   Approximate date lawsuit was filed: _____ **N/A** _____
g.   Approximate date of disposition: _____ **N/A** _____

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

3

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s): _____
   The 5th, 6th and 14th Amendments, as well as the public law 99-603, § 2.
   _____.

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated
   in a different count) ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ■ Other: <u>Deliberate Indifference, Cruel</u>.
   <u>and Unusual Punishment, Assault.</u>

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each
Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal
authority or arguments).

While serving my time at the A.C.F. in the local jail in Guam U.S.A., Commodore
Franklin. I was placed in the special housing unit know as post 6 for a period of
eleven days. I was placed there for no apparent reason know to me, nor was any reason
given when I inquired as to why I was placed there. It should be noted that this
particular unit housed the very worst of criminals. It was here where I endured most of
the cruelties at the hands of inmates and staff. these are the things I was subjected
to; hot coffee was thrown in my face by several inmate while staff stood by doing or
saying nothing. No attempt was made by staff to prevent this abuse. In fact, it is my
belief that quite the opposite occurred. Staff encouraged this abuse by spreading the
rumor amounst the inmates that I was a "Terrorist". thisin turn encouraged the other
inmates to take out their anger and frustrations on me, (an innocent man as to the
rumor) by throwing at every possible chance, scalding hot coffee upon my person. this
act was also done by staff personnel as well. I also had ice water thrown on me, I was
pelted with ice cubes as well. in addition to these abuses my wrist and ankles were
swollen for several days due to the trauma caused by metal reraints when staff forced
me to the floor and twisted my body into "pretzel like" positions without provocation.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
My rights ankle will not rotate properly anymore without making a craccking sound and
I experience pain when I walk. My hair is beyond repair due to the electrical shock
damage. I suffered physically and mentally as a result of the abuse, cruelty, ridicule
and medical neglect by A.C.F. jail personnel.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at
      your institution? ■ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ■ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ■ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain
      why you did not. _____
      _____.

## Count One Continued Supporting Facts

I in no way provoked this treatment nor was I in violation of any rule that I know of that could possibly justify this abuse. As a result of the injuries I sustained from the restraints I was eventually taken to an out-side medical facility where x-rays were ordered to determine the full extent of my injuries. the medical personnel advised that **the restraints should be removed before the x-rays could** be taken as the metal of the restraints might conduct an electrical shock throughout my body. The A.C.F. guards refused to remove the restraints as directed by medical staff, as a result I did in fact experince a very painful electrical shock during the intire x-ray procedure. I was eventually taken before an Immigration Judge, (Dyana Dias - Guam). I told Judge Dias about my abuse at the A.C.F. facility, an order was given to transfer me to the Immigration custody section of the jail, but again the A.C.F. jail personnel refused to comply. Instead of transfer to the Immigration section I was returned to post 6, know as the monkey house. There I was sujected to more ridicule and abuse by other inmates and jail staff. I was eventually moved to the Immigration section per the Immigration Judge's order. Whilw in the Immigration section of this facility I was subjected to continued harrassment and abuse by jail staff, although not of the severity as that when I was in post 6 - monkey house. I later discovered that my hair was severly damaged by the electrical shock I recieved during the x-ray procedure. It, my hair, will no longer grow straight or even and it stands on end rather than lay flat as it did prior to the shock. I assert that damage done to my hair is the direct result of the electrical shock, and that the electrical shock is directly the result of A.C.F. jail guards refusal to remove the metal restraints during the x-rays procedure as advised by medical staff. It should be noted that there were no Immigration jail personnel at the A.C.F. facility, only regular jail staff who did not wear "ID"

-4 (a)-

## Count One Continued Supporting Facts

(identification) tags or badges. Because of this the plaintiff is unable to identify the offending staff members by name, so they are referrenced by **et al** in this civil rigts complaint hereinafter, this is my claim.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

-4(b)-

## COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s): _____
   Violated public law 99-603 § 115(2), the 5th, 6th and 14th Amendments.
   _____

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   ☐ Mail        ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ■ Other: Deliberate Indifference, Cruel and
   Unusuall Punishment and Assauit

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   While at F.D.F. facility I experienced great mental stress and physical harm due to the rumor that jail staff circulate accusing me of being a terrorist. I was unable to watch television, read or otherwise sit without being harassed, assaulted and ignored by jail staff and other inmates. My portions of food were intentionally smaller than everyone else. I was told that this was due to my being a terrorist. I was told by several inmate that it was the jail guards who told them that I was terrorist and that they, the guards didn't care what happened to me. I was subjected to continues searches without any apparent reason as no one else recieved the same treatment that I was while at this facility. While taking showers I was continuously assaulted by other inmates who seized upon the vulnerability of my being in the shower to push, punch, kick and force me to the floor as I tried to shower. I was often left battered and bruised as a result of this abuse, this is my claim.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

   Immeasurable mental (Psycological) damage, pain and suffering with respect to my not being able to walk properly, my hair is damaged beyond repair, I find it very difficult to trust or otherwise relate to Americans without feeling that there might besome sort of ridicule and or assault once my ethnicity is discovered.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                              ■ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count II?    ■ Yes    ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?    ■ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____
   _____

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.

Plaintiff hereby request for trial by jury such as preserved by rule of Court. Plaintiff seek compensatory damages and punitive damages a declaratory injunctive relief necessary and just. Plaintiff also ask that a fact finder be implemented to analyze the extent of inflicted harm and suffering all defendants have cause in their deliberate violation of plaintiff rights, plaintiff seek a sum of $5.000.000.00. Dollars from defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ February 10, 2006. _____
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than fifteen additional pages. The form, however, must be completely filled in to the extent applicable.