# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Ali Partovi,<br><br>Plaintiff,<br><br>vs.<br><br>Jessie Q. Tupaz, et al.,<br><br>Defendants. | Civil Case No. 1:05-cv-00012<br><br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Order filed March 15, 2006.

Dated this 16th day of March, 2006, Hagatna, Guam.

                                                          **/s/ Mary L.M. Moran**
                                                              Clerk of Court