# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Ali Partovi, <br><br> Plaintiff, <br><br> vs. <br><br> Jessie Q. Tupaz, et al., <br><br> Defendants. | Case No. 1:05-cv-00012 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order filed March 15, 2006, Judgment filed March 16, 2006 and Notice of Entry filed March 16, 2006, on the dates indicated below:

Office of the United States Attorney          Office of the Attorney General
March 16, 2006                                March 17, 2006

The following individual was served by first class mail on March 16, 2006:

    Ali Partovi

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order filed March 15, 2006, Judgment filed March 16, 2006 and Notice of Entry filed March 16, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 17, 2006                          /s/ Virginia T. Kilgore
                                              Deputy Clerk