Ali        Partovi
A        76-282-295
CCA/FCC    Florence
1100 Bowling   Road
P.O. Box        6900
Florence, AZ 85232



**FILED**

DISTRICT COURT OF GUAM

APR - 5 2006 ⍾

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| Ali Partovi, | ) | |
| | ) | Court of Guam |
| Plaintiff, | ) | Case No._____**05-00012**_____ |
| | ) | |
| vs. | ) | District of Arizona |
| | ) | Case No. CV 03-1540-PHX-EHC(-DKD) |
| David R. Moreno, et al., | ) | |
| | ) | |
| Defendants. | ) | **Notice of Appeal** |
| | ) | |

Plaintiff hereby files to Appeal this Court's decision granting the defendant's Motion to Dismiss withot prejudice because I have shown that the officials complained of, acting in their individual capacities, did cause actual injury to Deliberate Indiffrance. I request for this Court to hold all my pleading to liberal intorpretation due to my <u>Pro se</u> status and lack of command of the English language (My native tongue is Farsi). (This pleading was written by another inmate who just left the facility).

Respectfully Submitted this **30** day of **March** 2006.

By___*Ali Partovi*___
            Ali Partovi

Copies of the foregoing mail to:

Clerk, U.S. District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington St., SPC 1
Phoenix, Arizona 85003-2118

