FILED

DISTRICT COURT OF GUAM

MAY - 2 2006

MARY L.M. MORAN
CLERK OF COURT

Ali        Partovi
A        76-282-295
CCA/FCC    Florence
1100   Bowling Road
P.O. Box        6900
Florence, AZ 85232

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| Ali Partovi, ) | District of Guam |
| Plaintiff, ) | Case No.        05-00012 |
| ) | District of Arizona |
| vs. ) | Case No.  CV 03-1540-PHX-EHC(DKD) |
| David R. Moreno, et al., ) | **Motion for leave to Proceed In** |
| ) | **Forma Pauperies $255.00.** |
| Defendant(s). ) | |

    Plaintiff Ali Partovi, ask this Court to grant him permissin to Procced

In Forma Pauperis in cinnection with his case in the United States Court of

Appeals for the Ninth Circuit.


    Respectfully Submitted this **20** day of **April** 2006.



                                    By   _Ali Porces_
                                         Ali Partovi