**FILED**

UNITED STATES COURT OF APPEALS  SEP 0 7 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| ALI PARTOVI,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>JESSIE Q. TUPAZ, Warden, F.D.F. Jail Guam; et al.,<br><br>    Defendants - Appellees. | No. 06-15759<br><br>D.C. No. CV-05-00012-JLR<br>District of Guam,<br>Agana<br><br>ORDER |

**FILED**
DISTRICT COURT OF GUAM
SEP 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

On July 20, 2006, this court ordered appellant to pay the filing fees in the amount of $455.00 within 21 days, and warned appellant that failure to pay the fees would result in the automatic dismissal of the appeal by the Clerk of the Court. On August 14, 2006 appellant paid $7.27. To date, appellant has not paid the $455.00 filing fees. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

S:\MOATT\Clrkords\09.06\ds\06-15759.wpd



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 0 7 2006

by
Deputy Clerk

06-15759

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Deborah L. Smith
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A