# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

Ali Partovi**,**

          Plaintiff,

    vs.                         **Case No: 1:05-cv-00012**

Jessie Q. Tupaz, Warden, et al.,

          Defendants.

The following individual was served by first class mail on September 13, 2006:
Ali Partovi
CCA/FCC Florence
P.O. Box 6900
Florence, AZ 75232

I, Renee M. Martinez, declare under penalty of perjury that on the above-listed date I served the:

Mandate from the U.S. Court of Appeals filed September 11, 2006

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 14, 2006                              /s/ Renee M. Martinez
                                                                      Deputy Clerk